# Williams *v.* Doe *ex dem* Alabama State Land Co.

### *Ejectment.*

(Decided. Nov. 30, 1905, 39 So. Rep. 1029.)

APPEAL from Tuscaloosa County Court. Heard before Hon. H. B. FOSTER.

No counsel marked for appellant.

HENRY FITTS and J. W. A. SMITH, for appellee.

PER CURIAM. Affirmed for want of assignment of error.

---

# Wilson *v.* Carnes, *et al.*

### *Equity.*

(Decided Nov. 29, 1905, 39 So. Rep. 1029.)

APPEAL from Marion Chancery Court. Heard before Hon. W. H. SIMPSON.

APPLING & DAVIS, for appellant.

A. F. FITE, for appellee.

PER CURIAM. Dismissed on motion of appellant.

---

# Illinois Life Insurance Co. *v.* Jaffe.

### *Common Counts.*

(Decided Jan. 18, 1906, 40 So. Rep. 47.)

APPEAL from Bessemer City Court. Heard before Hon. WILLIAM JACKSON.

Reversed and remanded.

Opinion by SIMPSON, J.

TILLMAN, GRUBB, BRADLEY & MORROW and J. A. ESTES, for appellant.

PINKNEY SCOTT, for appellee.